# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DAN ONISCHUK,**

          Plaintiff,

     V.                                    CASE NUMBER: **05-C-704**

**JOHNSON CONTROLS, INC., and**
**FOLEY & LARDNER LAW FIRM,**

          Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED **that plaintiff's complaint is dismissed for failure to pay the required filing fee.  This action is hereby DISMISSED.**

    **September 29, 2005**                              **SOFRON B. NEDILSKY**
Date                                                                      Clerk

                                                                          s/ Linda M. Zik
                                                                          (By) Deputy Clerk