# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DAN ONISCHUK,**
    **Plaintiff,**

 v.             **Case No. 05C00704**

**JOHNSON CONTROLS,**
    **Defendant.**

---

## ORDER

  Before me are plaintiff's motions for a refund of appeal fees, reconsideration, a new trial, a declaratory judgment, and an extension of time to pay appeal fees. As to the motion for a refund, plaintiff has not identified nor have I discovered any precedent to support his request. But see Bell v. Clark, 194 F.3d 781, 781-82 (7th Cir. 1999). Regarding the request for an extension of time to pay appeal fees, that request is moot as the Seventh Circuit has dismissed the appeal for lack of jurisdiction. See Order, No. 07-3871 (7th Cir. Dec. 18, 2007). And for the reasons discussed in my August 13, 2007 Order, I will deny plaintiff's motions for reconsideration, for declaratory judgment, and for a new trial.

  **IT IS THEREFORE ORDERED** that plaintiff's motions (Docket #139, 140, 142, and 143) are **DENIED**.

  Dated at Milwaukee, Wisconsin this 1st day of April, 2008.

                  /s
                  LYNN ADELMAN
                  District Judge